## UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, *et al.*, | :   CIVIL ACTION <br> : <br> :   No. 1-24-CV-461 |
| Plaintiffs, | : <br> :   (Judge Mehalchick) |
| v. | : <br> : |
| STRONG TOWER CONSTRUCTION, LLC, f/k/a/ KOCH CORPORATION, | : <br> : <br> : |
| Defendant. | : |

## DEMAND FOR JURY TRIAL

Defendant Strong Tower Construction, f/k/a Koch Corporation, by its undersigned counsel, hereby demands a trial by jury on all claims asserted in this action in accordance with Rule 38 of the Federal Rules of Civil Procedure.

Dated:  March 11, 2025         STEVENS & LEE, P.C.

By:    /s/ *Veronica L. Morrison*
        Veronica L. Morrison, Esquire
        Attorney I.D. No. 310095
        17 N. 2nd St., 16th Fl.
        Harrisburg, PA  17101
        (717) 255-7358
        veronica.morrison@stevenslee.com
        *Attorney for Defendant Strong Tower*
        *Construction, LLC, f/k/a Koch Corporation*