# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| Abbreviated Case Name | Civil No. | Conference Time |
|---|---|---|
| Thrivewell Tech, LLC v. Spiritrust Lutheran | 1:24-CV-212 | 10:30 AM |
| Baughman v. Marathon Petroleum Logistics Services, LLC, et al | 4:24-CV-287 | 10:45 AM |
| Certain Underwriters of Lloyd's of London et al v. Koch Corp., et al | 1:24-CV-461 | 11:00 AM |
| Maid-Rite Specialty Foods Inc. v. Global Food Solutions, Inc. | 3:24-CV-1057 | 11:15 AM |
| Boldosser v. Progressive Advanced Insurance Company, et al | 1:25-CV-102 | 11:30 AM |
| Peterson v. Peppard | 3:25-CV-103 | 11:45 AM |

## ORDER

AND NOW, this 11th day of March, 2025, in accordance with Federal Rule of Civil Procedure 16(b) and Local Rule 16.1, **IT IS HEREBY ORDERED** that:

1. **Case Management List.** The above cases will comprise the case management list for **Tuesday, April 15, 2025**.

2. **Conference of Counsel.** In accordance with Local Rule 16.3(a), lead counsel shall confer and prepare for submission to the court a joint case management plan in the form attached to the Local Rules and designated "Appendix A." The case management for is available on the court's website at http://www.pamd.uscourts.gov/forms/joint-case-management-plan-pdf-word. Counsel for plaintiff(s) shall be responsible for arranging the conference of counsel and shall offer opposing counsel at least three alternative dates with no less than fifteen (15) days' notice. Counsel should also be familiar with the district's "Expense and Delay Reduction Plan," adopted on August 19, 1993, as required by the Civil Justice Reform Act of 1990, which is available on the court's website at https://www.pamd.uscourt.gov/sites/pamd/files/forms/CJRA_1990.pdf.

3. **Case Management Plans.** At least five days before the conference, counsel shall file their joint case management plan with the court.

4. **Operative Dates and Deadlines.** The court will divide case management into two phases: a discovery and dispositive motions phase, and a trial phase. A separate case management order will issue at the beginning of each phase. For purposes of the joint case management plan, counsel shall endeavor to jointly agree on all applicable dates. If counsel cannot agree, each counsel shall propose applicable dates in conformity with the court's calendar.

5. **Date and Times of Conferences**. Case management conferences will be held on the date and at the times designated above. Lead counsel who are fully authorized to make decisions in the case shall participate in the conference. If lead counsel wish to be excused from the from the conference, such counsel shall contact chambers and advise at least two working days before the conference.

6. **Telephonic Conference**. Unless the court orders otherwise, all case management conferences shall be held by telephone. Counsel for plaintiff(s) shall initiate the telephone conference to chambers at (570) 207-5740. At the time the place, counsel for all parties shall be on the line and prepared to proceed.

7. **Magistrate Judge**. If the parties consent that a United States Magistrate Judge conduct all subsequent proceedings in the case and enter a final judgment, they shall note in the case management plan or file the consent to proceed form.

8. **Case Management Order**. Any oral agreements reached by counsel and any oral orders or other additional directions issued by the court during the case management conference will be memorialized in a case management order. Once case management deadlines have been established, extension of those time periods will not be granted except for good cause.

9. **Continuance**. Any request for continuance of the case management conference shall be made by motion in conformity with the Local Rules and shall be filed at least seven (7) days before the conference.

10. **Discovery**. Counsel shall not cease active discovery pending disposition of a motion to dismiss.

11. **Alternate Dispute Resolution**. Paragraph 8.0 of the Standard Joint Case Management Plan relates to alternative dispute resolution procedures. If the parties cannot agree upon an alternative dispute resolution procedure to be used, a decision with respect to the same will be made at the pretrial conference, and if at that conference any counsel objects to alternative dispute resolution, there will be none.

BY THE COURT:

*/s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States District Judge**

3